BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
Hall of Justice
813 Sixth Street, Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824

Attorneys for Defendant
NICHOLAS WILLIAM BLASGEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>NICHOLAS WILLIAM BLASGEN,<br><br>          Defendant. | Case No.: CR.S-04-095 MCE<br><br>[PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE |

**[PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE**

GOOD CAUSE APPEARING and for the reasons set forth in the stipulation entered into by the parties, the Court finds that the conditions of release imposed on April 6, 2004 shall be modified as follows.

1. Nicholas Blasgen, due to his current enrollment in Economics 140 at the University of California, Davis, shall be allowed to access the Economics Department computer lab, located in the UC Davis Social Science and Humanities Building, from 10:00 a.m. to 11:00 a.m. on Wednesdays, for the duration of the Spring 2005 quarter, which ends on June 16, 2005.

1     2.   Nicholas Blasgen shall not access this computer lab at
2          any other time without obtaining prior authorization
3          from his Pretrial Services Officer, Sandra Hall.
4          Before granting any such authorization, Mr. Blasgen
5          must present facts to Ms. Hall explaining his need for
6          additional computer lab time.  In allowing Mr. Blasgen
7          any additional computer lab time, Ms. Hall shall
8          designate specific days and times that Mr. Blasgen is
9          to be allowed access to the lab.  At no time whatsoever
10         shall Mr. Blasgen be allowed access to any other
11         computer or computer lab located on the UC Davis
12         campus.
13    3.   When utilizing the computer lab, Mr. Blasgen is to
14         limit his use to Econimics 140 coursework and at all
15         times must comply with the University's Acceptable Use
16         Policy.
17    4.   At all times Mr. Blasgen is to strictly adhere to all
18         other conditions of his release, which remain in full
19         effect.

21    IT IS SO ORDERED.

23 DATED: May 3, 2005.

                                    _____
                                    MORRISON C. ENGLAND, JR
                                    UNITED STATES DISTRICT JUDGE