McGREGOR W. SCOTT
United States Attorney
LAURA L. FERRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2932

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:04-CR-0095-MCE |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| v. | ) | |
| NICHOLAS WILLIAM BLASGEN, | ) | |
| Defendant. | ) | |

WHEREAS, on August 30, 2005, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253 based upon the plea agreement entered into between plaintiff and defendant Nicholas William Blasgen forfeiting to the United States the following property:

1. Dell Dimension 8200 Tower computer, serial number 48TBP11, including the Maxtor hard drive, serial number 664216718318; and

2. Apple Powerbook G4 laptop computer, serial number QT3110DIN4M, including the Toshiba hard drive, serial number 23PN9070T.

AND WHEREAS, on November 2, 9, and 16, 2005, the United States published notification of the Court's Preliminary Order of Forfeiture in the <u>Daily Democrat</u> (Yolo County), a newspaper of

1

general circulation located in the county in which the subject property was seized. Said published notice advised all third parties of their right to petition the court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Nicholas William Blasgen.

2. All right, title, and interest in the above-described property shall vest solely in the name of the United States of America.

3. The United States Secret Service shall maintain custody of and control over the subject property until it is disposed of according to law.

DATED: June 12, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE