1  McGREGOR W. SCOTT
   United States Attorney
2  JEREMY J. KELLEY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
IN THE UNITED STATES DISTRICT COURT

9
EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:04-CR-00095-MCE
12 | Plaintiff, | STIPULATION AND ORDER TO CONTINUE MOTIONS HEARING
13 | v. |
14 | NICHOLAS WILLIAM BLASGEN, | DATE: September 6, 2018
   |                            | TIME: 10:00 a.m.
15 | Defendant. | COURT: Hon. Morrison C. England, Jr.

16

17                              **STIPULATION**

18  Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20  1.  Defendant has noticed his renewed motion to terminate sex offender status for September

21 6, 2018. By this stipulation, the parties now move to continue the motion hearing to October 18, 2018.

22  2.  Government counsel begins an estimated three-week child exploitation trial before the

23 Honorable Kimberly J. Mueller on September 4, 2018. Government counsel will need additional time to

24 review the defendant's renewed motion and to prepare a response.

25  3.  The defendant has no objection to continuing the motion hearing.

26 //

27 //

28 //

STIPULATION AND ORDER TO CONTINUE                     1

4. Accordingly, the parties jointly move the Court to continue the motion hearing to October 18, 2018, and set the following briefing schedule:

    a) The government's responsive brief is due October 8, 2018.

    b) The defendant's reply brief, if any, is due October 12, 2018.

IT IS SO STIPULATED.

Dated: August 24, 2018            McGREGOR W. SCOTT
                                         United States Attorney

                                         /s/ JEREMY J. KELLEY
                                         JEREMY J. KELLEY
                                           Assistant United States Attorney

Dated: August 24, 2018            /s/ JOHN BALAZS
                                           JOHN BALAZS
                                           Counsel for Defendant
                                           NICHOLAS WILLIAM BLASGEN

**ORDER**

Pursuant to the parties' stipulation, it is HEREBY ORDERED that the motion hearing currently scheduled for September 6, 2018, is continued to October 18, 2018. The government shall file its responsive brief on or before October 8, 2018. The defendant shall file a reply brief, if any, on or before October 12, 2018.

IT IS SO ORDERED.

Dated: August 28, 2018

                                             MORRISON C. ENGLAND, JR
                                             UNITED STATES DISTRICT JUDGE