John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
NICHOLAS WILLIAM BLASGEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:04-CR-0095-MCE |
| Plaintiff, | **ORDER** |
| v. | |
| NICHOLAS WILLIAM BLASGEN, | Hon. Morrison C. England, Jr. |
| Defendant. | |

For good cause shown and the reasons set forth in defendant Nicholas William Blasgen's renewed motion to terminate federal sex offender registration at ECF No. 84, it is hereby ordered that defendant's motion to terminate his federal sex offender registration is GRANTED. This order does not relieve the defendant from complying with any state sex offender registration requirements, which may include lifetime registration requirements in some states. The hearing set for October 18, 2018 is VACATED.

IT IS SO ORDERED.

Dated: October 9, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE